

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIUS WILSON,

       Plaintiff,

       Case No. 12-cv-15652

       Paul D. Borman
       United States District Judge

v.

       Mona K. Majzoub
       United States Magistrate Judge

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

       Defendants.
_____/

**OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S JANUARY 31, 2014 REPORT AND RECOMMENDATION (ECF NO. 39) AND (2) GRANTING IN PART AND DENYING IN PART DEFENDANT SORROW'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 25)**

On January 31, 2014, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to Grant in Part and Deny in Part Defendant Ronnie Sorrow's Motion for Summary Judgment. (ECF No. 39, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 39) and GRANTS IN PART AND DENIES IN PART Defendant Ronnie Sorrow's Motion for Summary Judgment (ECF No. 25).

IT IS SO ORDERED.

                                               Paul D. Borman
                                               United States District Judge

MAR 0 4 2014

Dated: