UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIUS WILSON,

    Plaintiff,

v.

MICHIGAN DEPARTMENT,
OF CORRECTIONS, et al.,

    Defendants.
_____/

Case No. 12-15652

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate Judge

ORDER (1) ADOPTING MAGISTRATE JUDGE MONA K. MAJZOUB'S FEBRUARY 18, 2016 REPORT AND RECOMMENDATION (ECF NO. 70), (2) GRANTING DEFENDANT SORROW'S SECOND MOTION FOR SUMMARY JUDGMENT (ECF NO. 65), (3) DISMISSING THE CASE WITH PREJUDICE AND (4) VACATING THE COURT'S JANUARY 9, 2013 ORDER OF REFERENCE TO MAGISTRATE JUDGE MAJZOUB (ECF NO. 6)

On February 18, 2016, Magistrate Judge Mona K. Majzoub entered a Report and Recommendation (ECF No. 70) to Grant Defendant Sorrow's Second Motion for Summary Judgment (ECF No. 65) and to Dismiss this action in its entirety. Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Defendant Sorrow's Second Motion for Summary Judgment and DISMISSES this action WITH PREJUDICE.

1

The Court further VACATES its January 9, 2013 Order referring all pretrial matters in this case to Magistrate Judge Mona K. Majzoub.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 11, 2016.

s/Deborah Tofil
Case Manager